IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL ALVARADO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030 *and* DOES 1-100, *inclusive*, <br><br> Defendants. _____/ | No. C 11-04957 RS <br><br> **ADMINISTRATIVE ORDER** |
| WOOD RIVER CAPITAL RESOURCES, LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030 *and* DOES 1-100, *inclusive*, <br><br> Defendants.  / | No. C 11-05759 RS |

Defendants' motion to dismiss was granted, with leave to amend, in the above-captioned, related matters on March 29, 2012. Thereafter, the parties stipulated to extend plaintiffs' deadline to amend the pleadings until May 2, 2012. Plaintiffs, however, failed to file an amended complaint by that date. Accordingly, these actions are hereby dismissed, and the Clerk of Court is directed to close the cases.

IT IS SO ORDERED.

Dated: 5/29/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

ORDER
No. C 11-04957
No. C 11-05759